**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000311**
**14-NOV-2023**
**08:03 AM**
**Dkt. 12 ODSD**

NO. CAAP-23-0000311

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF ADOPTION OF A MALE CHILD

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1AD221000024)

ORDER DISMISSING APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before July 3, 2023, and August 1, 2023, respectively;

(2) Self-represented Petitioner-Appellant J.O. (**JO**) failed to file either document, or request an extension of time;

(3) On August 4, 2023, the appellate clerk entered a default notice informing JO that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 14, 2023, for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and JO could request relief from default by motion; and

(4) JO has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, November 14, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge